UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE BLACK,

    Plaintiff,

                                          Case No. 12-14389

v.

                                          HONORABLE DENISE PAGE HOOD

GRESSLEY, KAPLIN & PARKER, LLP
and HOWARD B. HERSHMAN,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

        On October 4, 2012, Plaintiff filed the instant action against Defendants. A Suggestion of Bankruptcy was filed on April 23, 2013 indicating that Plaintiff filed a voluntary petition under chapter 7 of the Bankruptcy Code before the United States Bankruptcy Court for the Eastern District of Michigan, Case No. 13-46910-PJS.

        Accordingly,

        IT IS ORDERED that this action is **STAYED pursuant to 11 U.S.C. § 362(a) and the action is ADMINISTRATIVELY CLOSED.** The action may be reopened once any party provides the Court with notice that the bankruptcy stay has been lifted.

        IT IS FURTHER ORDERED that the Motion for Judgment for Liability **(No. 15)** is MOOT and the hearing scheduled for April 24, 2013 is CANCELED.

                                          S/Denise Page Hood
Dated: April 23, 2013          Denise Page Hood
                                          United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 23, 2013, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager